# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/20

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DParker@ParkerandCarmody.com

March 31, 2020

**By ECF and email**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. taAntonio Reyes**
20 Cr 127 (GHW)

Dear Judge Woods:

Attached please find a proposed form order consistent with 18 USC 3142. If this form is acceptable to the Court, then I ask that Your Honor order Mr. Reyes' release.

I have conferred with Pre-Trial Services, Supervisor, Ken Rowan, who advised me that he spoke with Your Honor's chambers. All of the language proposed here has been reviewed and/or provided to counsel by Pre-trial, but for Pre-trial's request that all conditions be met by the defendant prior to his release. The Pre-trial still believes detention is appropriate.

The Government does not object to the defendant being released forthwith on his own signature and the other conditions being satisfied as set forth in the attached bail documents.

I have attempted to speak with Nicole McFarland, Esq., Chief Attorney at the MCC, (via email and telephone), but have not been able to reach her. I have conferred with AUSA Sarah Krissoff and she informed me that, given concerns about COVID-19 in general, it is not clear that the USMS will produce Mr. Reyes to the courthouse to sign the bond. If so, he will sign the bond and get fitted with an electronic monitoring device. If the USMS does not produce Mr. Reyes to the courthouse and simply releases him to his daughter, then Mr. Reyes will immediately notify Pre-trial Services and make immediate arrangements to sign the bond, either in person or remotely, and to be fitted with a location monitoring device.

Given that the bond documents attached hereto contain personal identifying information, I am filing this letter, but not the attachments, ECF.

1

I respectfully request that the Court issue an Order directing his release on bail pursuant to the terms and conditions outlined in the Proposed Order attached hereto. See 18 USC 3142.

Respectfully,

/s/

Daniel S. Parker

Application granted. The Court has evaluated the application and has determined that the defendant may be released in accordance with the conditions set forth in the order to be entered separately, subject to a 60 day review, as set forth therein. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.
SO ORDERED
March 31, 2020

_____
GREGORY H. WOODS
United States District Judge