UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES,                                            :
:
:
-v-                                                       :        1:20-cr-127-GHW
:
CHRISTIAN IRIZARRY, and                                   :
ANTONIO REYES,                                            :        ORDER
:
Defendants.   :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/20

GREGORY H. WOODS, United States District Judge:

The Court has been informed of allegations that Defendant Antonio Reyes has violated the terms of his pre-trial release by leaving his residence without authorization on May 10, 2020. The Court expects to hold a bail review hearing for Mr. Reyes on May 18, 2020 or May 19, 2020. In order to facilitate the scheduling of the conference, the Court requests that counsel for the defendant consult with Mr. Reyes regarding his willingness to consent to conducting the hearing remotely—either by teleconference or Skype videoconference. Counsel for the defendant is directed to provide that information to the Court no later than 5:00 p.m. on May 15, 2020. Counsel for both the United States and the defendant may also inform the Court of any periods of time on May 18, 2020 or May 19, 2020 when they are not available to participate in a conference.

SO ORDERED.

Dated: May 14, 2020

_____
GREGORY H. WOODS
United States District Judge