# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2020

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DParker@ParkerandCarmody.com

August 24, 2020

**By ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Antonio Reyes**
20 Cr 127 (GHW)

Dear Judge Woods:

I write with the consent of the Government and SDNY Pre-Trial Services (PTS) requesting that the Court temporarily amend the terms and conditions of Mr. Reyes' bail and allow him to travel to the Bronx to retrieve his identification and other personal property that was vouchered by the police for safekeeping upon his arrest.

Mr. Reyes is attempting to apply for employment and, to do so, he needs his identification documents.

I respectfully request that the Court allow him to go to the 47th Precinct in the Bronx to retrieve his property. We ask that Court issue an Order allowing him to go on either August 25, 26 or 27, 2020 and further direct that he thereafter return to his place of residence forthwith.

I have spoken with AUSA Krissoff and PTS officer Bernisa Mejia and they do not object to this request.

If the foregoing is acceptable to the Court, then I respectfully request that Your Honor "So Order" this letter. Thank you for your consideration in this matter.

Respectfully,

/s/

Daniel S. Parker

Cc: all parties by ECF and email

Application granted in part. The terms of Mr. Reyes' pre-trial release are modified as follows: Mr. Reyes may leave his home to go to the 47th Precinct in the Bronx to retrieve his property on a date to be determined by pretrial services. Mr. Reyes must travel directly to and return immediately from the precinct house. All other terms of the defendant's pre-trial release remain in full force and effect.

SO ORDERED
August 28, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge