USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/28/2020__

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DParker @ParkerandCarmody.com

## MEMORANDUM ENDORSED

December 21, 2020

**By ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v.  Antonio Reyes**
**20 Cr 127 (GHW)**

Dear Judge Woods:

I write with the consent of the Government requesting that the Court amend the terms and conditions of Mr. Reyes' bail as follows:

1. Mr. Reyes shall be permitted to be outside his residence while remaining on the curtilage of the property daily from 5 p.m. to 7 p.m. (instead of from 2:30 – 4:30 p.m.) because he is now working Monday through Friday until 3:30 and he does not get home until approximately 4 p.m.;

2. Mr. Reyes shall be permitted to be outside of his residence on Saturdays from 10 a.m. to 4 p.m. so that he can run errands, spend time with his family, and help with yard work; and

3. Mr. Reyes shall be permitted to spend Christmas Eve day from 1 p.m. to 12:30 a.m. on Christmas at the home of his son, who resides nearby, so that he can be with his family.

I have spoken with AUSA Krissoff and the Government does not object to these requests. I have communicated with Pre-Trial Service Officer Bernisa Mejia via email and Probation "defers to the Court."[1]

If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter.

---

[1] I have not been able to ascertain Pre-Trial's position with respect to Point 3 as that request was not part of my initial email with Ms. Mejia and I have been unable to reach Ms. Mejia today.

Thank you for your consideration in this matter.

Respectfully,

Daniel S. Parker

Cc: all parties by ECF

Application granted in part.  The terms of Mr. Reyes' pre-trial release are modified as follows: Mr. Reyes may be outside of the physical structure of his residence between the hours of  5 p.m. and 7 p.m. each day, however, he may not leave the curtilage of the property during that period.  Mr. Reyes may spend from 1 p.m. on Christmas Eve day to 12:30 a.m. on Christmas day at the home of his son.  Mr. Reyes must travel directly to and return directly from his son's home, and must remain inside the home during his time there.  No deviations are permitted.  Except as expressly modified by this order, the conditions of Mr. Reyes' pre-trial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 60.

SO ORDERED.
December 22, 2020

GREGORY H. WOODS
United States District Judge