USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/1/2021

# MEMORANDUM ENDORSED

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DParker@ParkerandCarmody.com

December 31, 2020

**By ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Antonio Reyes**
20 Cr 127 (GHW)

Dear Judge Woods:

I write requesting that the Court amend the terms and conditions of Mr. Reyes' bail and permit him to be outside his residence while remaining on the curtilage of his property on Saturdays and Sundays from 2:00 p.m. to 5:00 p.m.

The Court previously amended his bail (Dkt. No. 61) to allow Mr. Reyes to remain outside his premises while remaining on the curtilage of the property daily from 5 p.m. to 7 p.m.

When that application was made by letter dated December 21, 2020 (Dkt. No. 60), the Government did not object to a broader request that he be allowed outside from 10 a.m. to 4 p.m. on Saturdays (without the restriction that he remain on premises) and Pre-Trial told counsel that it "defers to the Court." The Court did not grant that application and graciously informed counsel of its reasons in a conference held on December 28, 2020.

This request is narrower, consistent with prior orders, and presumably falls within the scope of the application previously requested without objection from the Government.[1]

If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter.

Thank you for your consideration in this matter.

---

[1] The prior request (Dkt. No. 60) did not specifically address Sundays afternoons from 2-5 p.m.

1

Respectfully,

*Daniel S. Parker*

Daniel S. Parker

Cc: all parties by ECF

Application granted. The conditions of Mr. Reyes' pre-trial release are modified as follows: Mr. Reyes may be outside of the physical structure of his residence between the hours of 2 p.m. and 7 p.m. each Saturday and Sunday, however, he may not leave the curtilage of the property during that period.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 64.

SO ORDERED
January 1, 2021

_____
GREGORY H. WOODS
United States District Judge