```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                       :

UNITED STATES OF AMERICA,            :

                                                       :

                         -v-                              :            1: 20-cr-127-GHW-2

                                                       :

ANTONIO REYES,                          :                 <u>ORDER</u>

                                                       :

                                       Defendant.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Upon the application of ANTONIO REYES, by and through his attorney, DANIEL S. PARKER, and with the consent of the United States of America, by and through AUDREY STRAUSS, United States Attorney for the Southern District of New York, SARAH KRISSOFF, Assistant United States Attorney, of counsel, it is hereby ORDERED that the pretrial conference in this matter scheduled for October 13, 2021 is adjourned to November 22, 2021 at 11:00 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through November 22, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 79.

      SO ORDERED.

Dated: October 5, 2021
       New York, New York

                                                                        _____
                                                                             GREGORY H. WOODS
                                                                          United States District Judge