**MEMORANDUM ENDORSED**

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                   TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                  FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                              DanielParker@aol.com

March 22, 2022

**By ECF and email**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED:__3/24/2022__         │
└─────────────────────────────────┘
```

Re: <u>United States v. Antonio Reyes</u>
S 2 20 Cr 127 (GHW)

Dear Judge Woods:

I write on behalf of Antonio Reyes and with the consent of the Government requesting an adjournment of Mr. Reyes' sentencing for approximately one month.

The sentencing is currently scheduled for April 13, 2022 at 2 p.m.

I ask that it be adjourned to any date between May 12 and May 19, 2022[1] convenient to the Court. I have conferred with AUSA Ni Qian and the Government does not object to this request.

The reason for the adjournment is that I am continuing to gather information relevant to my sentencing submission. If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter.

Thank you for your consideration in this matter.

Respectfully submitted,

<u>Daniel S. Parker</u>
Parker and Carmody, LLP

---

[1] I have a conference scheduled on May 18, 2022 in the SDNY in White Plains so I am unavailable that a.m.

1

30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com

Cc:  AUSA N. Qian (BY ECF and email)

Application granted.  The sentencing hearing is adjourned to May 12, 2022 at 11:00 a.m.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 112.

SO ORDERED.

Dated: March 24, 2022
New York, New York

GREGORY H. WOODS
United States District Judge

2