```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                            :
  UNITED STATES,                     :
                                            :
                      -v-                      :          1:20-cr-127-GHW
                                            :
  CHRISTIAN IRIZARRY, and        :
  ANTONIO REYES,                    :             ORDER
                                            :
                               Defendants. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court adjourned the sentencing for Mr. Reyes' co-defendant, Mr. Irizarry, to June 14, 2022 at the request of Mr. Irizarry's counsel. *See* Dkt. No. 117. Accordingly, the sentencing proceeding for Mr. Reyes, which is currently scheduled for May 12, 2022 is adjourned to June 17, 2022 at 9:30 a.m.

SO ORDERED.

Dated: May 14, 2020
New York, New York

                                                          _____
                                                             GREGORY H. WOODS
                                                         United States District Judge